UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FABIAN L.C., by and through their next friend LUIS FERNANDO LASLUIZA COSQUILLO,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement, DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 26-CV-493 (NEB/DLM)<br><br>ORDER TO SHOW CAUSE |

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by no later than January 23, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted;

    d.    Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Andres R.E. v. Bondi*, No. 25-CV-3946 (NEB/DLM), 2025 WL 3146312 (D. Minn. Nov. 4, 2025); and

    e.    Whether the absence of a warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 25, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 21, 2026　　　　　　　　　　BY THE COURT:
Time: 10:16 a.m.　　　　　　　　　　　　　　s/Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　Nancy E. Brasel
　　　　　　　　　　　　　　　　　　　　　　United States District Judge